JFL Med. Care, P.C. v ELRAC, Inc. (2020 NY Slip Op 51342(U))

[*1]

JFL Med. Care, P.C. v ELRAC, Inc.

2020 NY Slip Op 51342(U) [69 Misc 3d 141(A)]

Decided on November 6, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 6, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2019-201 K C

JFL Medical Care, P.C., as Assignee of
Hall, Janel J., Appellant, 
against
ELRAC, Inc., Respondent. 

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Scahill Law Group, P.C., for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Rosemarie
Montalbano, J.), entered January 7, 2019. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is modified by providing that defendant's motion for summary
judgment dismissing the complaint is denied; as so modified, the order is affirmed, without
costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court which granted defendant's motion for summary judgment
dismissing the complaint and denied plaintiff's cross motion for summary judgment.
For the reasons stated in Metro Pain Specialist, P.C., as Assignee of Brown, Antannette v
ELRAC, Inc. (___ Misc 3d ___, 2020 NY Slip Op _____ [appeal No. 2019-197 K C],
decided herewith), the order is modified by providing that defendant's motion for summary
judgment dismissing the complaint is denied.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 6, 2020